UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                    :
HAMDIJA DUZAN
                                                    :
             Plaintiff,                                          ORDER
                                                    :
       -v.-
                                                    :        26 Civ. 1489 (ALC) (GWG)

                                                    :
MEDITERRANEAN SHIPPING COMPANY
(USA) INC.
                                                    :
             Defendant.
----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The time of the settlement conference on April 20, 2026, is changed to 3:00 p.m.

       SO ORDERED.

Dated: April 16, 2026
       New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge