**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **HAMDIJA DUZAN,** |
| **Plaintiff,** |
| -against- |
| **MEDITERRANEAN SHIPPING COMPANY (USA) INC.,** |
| **Defendant.** |

**1:26-cv-01489 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2026, Defendant submitted a letter motion for a pre-motion conference in advance of an anticipated motion to dismiss. *See* ECF No. 18. The next day, Magistrate Judge Gorenstein scheduled a settlement conference in this matter for April 20, 2026. *See* ECF Nos. 20, 22. The Parties are hereby **ordered** to submit a joint status report by **May 6, 2026**, updating the Court on the status of settlement in this matter. Further, the Parties should inform the Court of whether a pre-motion conference is still being requested at this time.

**SO ORDERED.**

Dated:    **April 29, 2026**
         **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**