**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HAMDIJA DUZAN,**

**Plaintiff,**

**-against-**

**MEDITERRANEAN SHIPPING COMPANY (USA) INC.,**

**Defendant.**

**1:26-cv-01489 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 29, 2026, Defendants filed a letter motion for a pre-motion conference regarding its anticipated motion to dismiss. *See* ECF No. 28. On July 6, 2026, this Court ordered Plaintiff to respond by July 9, 2026. *See* ECF No. 29. The Court has received no response from Plaintiff to do. As such, the Court *sua sponte* extends the deadline for Plaintiff to respond by **October 14, 2026.**

**SO ORDERED.**

**Dated:** **October 8, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**